Carroll Graham Glass Company, Appellee, v. Walter A. Stattman and Mary A. Stattman, Appellants.

Gen. No. 41,025.

opinion filed March 11, 1941.  Hugh Moore Matchett, Louis Greenberg and Clarence W. Shaeffer, for appellants; no appearance for appellee.  Opinion by JUSTICE SCANLAN.  ''Not to be published in full.''